IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BAROYA, et al., )<br>)<br>)<br>    Defendants. )<br>_____ ) | 1:05-CV-00981-AWI-SMS-P<br><br>ORDER TO SUBMIT CERTIFIED COPY<br>OF PRISON TRUST ACCOUNT<br>STATEMENT **OR** PAY FILING FEE |

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

     In accordance with the above, IT IS HEREBY ORDERED that within thirty days

1

of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **September 19, 2005**              /s/ Lawrence J. O'Neill
b6edp0                                              UNITED STATES MAGISTRATE JUDGE