IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS HENDON, | ) | 1:05-CV-00981-AWI-SMS-P |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO SUBMIT |
| | ) | CERTIFIED COPY OF PRISON TRUST |
| vs. | ) | ACCOUNT STATEMENT **OR** PAY |
| | ) | FILING FEE |
| BAROYA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2005, the court ordered plaintiff to submit a certified copy of his prison trust account statement. On September 30, plaintiff submitted a copy of his trust account statement; however, the copy was not a certified copy. Plaintiff shall be granted additional time to submit a certified copy. See 28 U.S.C. § 1915(a)(2). To that end, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order in which to file a certified copy of his prison trust account statement for the six month period

1

1  immediately preceding the filing of the complaint, or in the alternative, to pay the $250.00 filing

2  fee.  Failure to comply with this order will result in a recommendation that this action be

3  dismissed.

4  IT IS SO ORDERED.

5  **Dated:      October 19, 2005**                            /s/ Sandra M. Snyder
   b6edp0                                                UNITED STATES MAGISTRATE JUDGE