# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>  v.<br><br>BAROYA, et. al.,<br><br>        Defendants.<br>_____/ | CV F 05 981 AWI SMS P<br><br>ORDER DISREGARDING REQUEST FOR CLARIFICATION (Doc. 13.)<br><br>ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO FILE AMENDED COMPLAINT |

     Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 7, 2006, the Court issued an Order dismissing the Complaint with leave to amend. Plaintiff was granted thirty days to submit an Amended Complaint or notify the Court of his intention to dismiss the action.

     On November 29, 2006, Plaintiff submitted a letter to the Court asking for clarification of the Court's Order. In this letter, Plaintiff states that the Court issued a similar order on April 14, 2006, but referenced a different case number, Case No. 05-CV-838-OWW-SMS-P. Plaintiff submitted an Amended Complaint in that case. Plaintiff states that on November 6, 2006, the Court issues an order in the same action but references Case No. 05-CV-981-AWI-SMS-P. Plaintiff states that it is unclear whether the Court intended to re-screen Plaintiff's Complaint or that the issuance of this order was a typographical error.

     According to the Court docket, the instant action was filed on August 1, 2005. It may be the case that Plaintiff had intended to submit an Amended Complaint but did not reference his

1  case number on it and the case was opened as a new case and assigned a new number. Perhaps
2  this is why Plaintiff states that the Court "re-screened" the same Complaint. However, the Court
3  does not review all of a Plaintiff's actions together. Instead, each case is assigned its own unique
4  case number and is not necessarily assigned the same judges. According to the Court record,
5  Plaintiff has several open cases. It is incumbent upon the Plaintiff to manage and track his
6  individual cases. As stated above, the Court does not review all of a Plaintiff's open cases
7  together thus, it is unaware of two actions are open based on the same Complaint. All
8  documents, including amended complaints, submitted by parties must reference the current case
9  number. Given that the Court expended time to screen the instant case and issue an Order
10 requiring Plaintiff to file an Amended Complaint, should Plaintiff wish to dismiss this action
11 because another action is pending based on the same previously filed Complaint, he should move
12 to do so as indicated in the Court's Order dismissing the Complaint. The Court will grant
13 Plaintiff additional time to file such a motion if that is his intent.
14     The Court HEREBY ORDERS:
15     1.   The request for clarification is DISREGARDED; and
16     2.   Plaintiff is granted twenty (20) days to either move to dismiss this action as
17          duplicative of another pending action or file an Amended Complaint.
18     Plaintiff is reminded that all contact with the court concerning a case must be in pleading
19 form. Letters are generally not permitted and are not filed in the case.
20
21 IT IS SO ORDERED.
22 **Dated:   January 3, 2007**              **/s/ Sandra M. Snyder**
   icido3                                   UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28