# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | 1:05-CV-05981-AWI-SMS-P |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR SEQUENTIAL FEE COLLECTION |
| BAROYA, et. al., | (Doc. 14) |
| Defendants. | |

Carlos Hendon ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 15, 2006, plaintiff filed a motion challenging the current 20% per month deduction from his trust account pursuant to 28 U.S.C. § 1915(b)(2). Plaintiff requests that the total deduction from his trust account, for all his cases, not exceed 20% and further that the filing fees for each case be paid off sequentially. Plaintiff argues that the current method of fee collection is unconstitutional in that an inmate could potentially have 100% of his income taken if he has multiple lawsuits.

Pursuant to 28 U.S.C. § 1915(b)(2), if a prisoner brings a civil action or files an appeal in forma pauperis, the prison is required deduct 20% of the preceding month's income, regardless of the amount of his monthly income or of the amount in his account at the time of the deduction. 28 U. S. C. § 1915(b)(2). Although plaintiff might find the situation undesirable, prison officials

1  are not incorrect in deducting 20% of the preceding month's income for multiple cases.  As
2  plaintiff notes, there is a split of authority within the Circuit Courts of Appeal as to the manner in
3  which prisoners are required to pay filing fees under § 1915(b)(2).  <u>Hendon v. Ramsey</u>, 478
4  F.Supp.2d 1214, 1217 (S.D.Cal.2007).  The Ninth Circuit has not decided the issue.

5      Based on the language of the statute, which this court has found unambiguous, the court
6  has ordered the Director of the California Department of Corrections or his designee to collect
7  payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the
8  preceding month's income credited to the prisoner's trust account and to forward those payments
9  to the Clerk of the Court each time the amount in the account exceeds $10.00.  The court finds no
10 basis to modify this order.  Therefore, IT IS HEREBY ORDERED that plaintiff's motion is
11 DENIED.
12 IT IS SO ORDERED.
13 **Dated:   June 8, 2007**                           /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE