1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11   CARLOS HENDON,                    )        1:05-cv-00981-AWI-SMS-PC
                                        )
12             Plaintiff,              )        ORDER ASSIGNING ACTION TO MAGISTRATE
                                        )        JUDGE SANDRA M. SNYDER
13        v.                            )
                                        )        Old case # 1:05-cv-00981-AWI-SMS-PC
14   BAROYA, et al.,                    )
                                        )        New case # 1:05-cv-00981-SMS-PC
15             Defendants.             )
     _____)

16

17        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

18   It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct

19   any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS

20   HEREBY ORDERED THAT:

21        1.        This action is assigned to United States Magistrate Judge Sandra M. Snyder for all

22   purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the

23   case, including the trial and entry of final judgment;

24        2.        The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge

25   Sandra M. Snyder; and

26        3.        The new case number shall be **1:05-cv-00981-SMS-PC**, and all future pleadings and/or

27   correspondence must be so numbered.  The parties are advised that use of an incorrect case number,

28                                                   1

including initials, may result in a delay of documents being processed and copies thereof being correctly

distributed and received by the appropriate judicial officer.


IT IS SO ORDERED.

**Dated:     October 3, 2008**                              **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

2