# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>            Plaintiff,<br><br>   v.<br><br>BAROYA, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-00981-SMS (PC)<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO CLOSE FILE ON THE GROUND THAT IT IS DUPLICATIVE OF CASE NUMBER 1:05-CV-00838-OWW-SMS<br><br>(Doc. 16) |

      Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Plaintiff filed this action on August 1, 2005. The Court dismissed Plaintiff's original complaint on November 7, 2006, with leave to amend, and on November 29, 2006, Plaintiff filed a request for clarification. In the request, Plaintiff raised concerns over the possible duplication of actions. In response, the Court issued an order on January 4, 2007, directing Plaintiff to either file an amended complaint in compliance with the screening order or file a motion for dismissal of this action as duplicative. Plaintiff filed an amended complaint on January 22, 2007.

      The Court has reviewed the amended complaint filed in this action and finds that it is duplicative of the amended complaint filed in case number 1:05-cv-00838-OWW-SMS PC *Hendon*

///
///
///

1  *v. Baroya, et al.*, which was filed on June 27, 2005.  Plaintiff may not proceed with duplicative
2  actions.  Because this case was filed after 1:05-cv-00838-OWW-SMS was filed, it must be
3  dismissed.[1]
4      Accordingly, this action is HEREBY DISMISSED, and the Clerk's Office is DIRECTED to
5  close this action on the ground that it is duplicative of case number 1:05-cv-00838-OWW-SMS.

7  IT IS SO ORDERED.
8  **Dated:   October 21, 2008**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Case number 1:05-cv-00838-OWW-SMS PC was dismissed for failure to exhaust on February 20, 2008.  Plaintiff's appeal of the dismissal is currently pending before the Ninth Circuit.  The dismissal of 05-00838 does not save this action from dismissal, as the fact it is duplicative remains unchanged and Plaintiff's appeal is still pending in 05-00838.  If Plaintiff prevails on his appeal, the action will be returned to this Court for further proceedings.